# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Flores-Rojas,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-529-RJC

DECISION BY COURT. This action having come before the Court by Petition to Vacate, Set Aside, and Correct Sentence under 28 U. S. C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2010 Order.

Signed: January 6, 2010

Frank G. Johns, Clerk
United States District Court